# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25CV193 JSD |
| | ) |
| CITY OF FLORISSANT, MISSOURI and | ) |
| JULIAN ALCALA, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Court will hold a hearing on Plaintiff counsel's Motion to Withdraw as Counsel (ECF No. 14) on **Wednesday, June 25, 2025, at 11:00 a.m.** in Courtroom 17N of the Thomas F. Eagleton Courthouse, 111 S. 10th Street, St. Louis, MO 63102. **Plaintiff and all counsel must appear in person.**

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall provide a copy of this order to Plaintiff and notify her that her appearance at the June 25, 2025 hearing is mandatory. Plaintiff's counsel must provide an affidavit to the Court no later than June 20, 2025, demonstrating proof that he notified Plaintiff of the hearing. Failure of Plaintiff to appear in person may result in sanctions, **including possible dismissal of this action, without prejudice, for failure to prosecute**.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of June, 2025.