IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| G.E.S., S.L.D., T.A.M., N.R.T., R.A.T., and K.J.T., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FLORISSANT <br><br> and <br><br> JULIAN ALCALA, <br><br> Defendants. | Civil Action No. 4:24-cv-1412-JSD <br><br> Lead Case |

**SECOND AMENDED ORDER CONSOLIDATING CASES**

Before the Court is Defendant City of Florissant, Missouri's Unopposed Third Motion to Consolidate Cases for Purposes of Discovery (the "Motion") (Case No. 4:24cv1412, ECF No. 46). The Court previously consolidated 4:24-CV-1445-JSD, 4:24-cv-1528-JSD, 4:24-CV-1571-JSD, 4:25-cv-73-JSD with the instant Lead Case, Case No. 4:24-cv-1412-JSD. Now, the parties seek to consolidate 4:25-CV-193-JSD with the instant action. For the reasons previously identified by the parties and this Court in the prior consolidation orders (ECF Nos. 19, 37), the Court grants the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant City of Florissant, Missouri's Unopposed Third Motion to Consolidate Cases for Purposes of Discovery (Case No. 4:24cv1412, ECF No. 46) is **GRANTED**. Pursuant to E.D.Mo. L.R. 4.03 and Fed. R. Civ. P. 42(a), the following related cases are consolidated before this Court for purposes of discovery only: *G.E.S. v. City of*

*Florissant, et al*, No. 4:24-cv-1412; *John Doe 2 et al. v. City of Florissant, et al.,* No. 4:24-cv-1445; *Jane Doe v. City of Florissant, et al.*, No. 4:24-cv-1528; *Julie Doe City of Florissant, et al.*, No. 4:24-cv-1571; *J.M. v. City of Florissant*, 4:25cv73; and *A.T. v. City of Florissant*, 4:25-cv-193 (collectively, the "Related Cases")

**IT IS FURTHER ORDERED** that to ensure consistent and efficient adjudications in this Court, all future filings *other than pleadings as defined in Rule 7(a) of the Federal Rules of Civil Procedure* should be made in this case, Case No. 4:24-cv-1412-JSD, which is designated as the "Lead Case," and should only reference the case number of the Lead Case. Pleadings as defined in Rule 7(a) should be filed only in the individual (original) case file.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file a copy of this Order in the Lead Case and in *A.T. v. City of Florissant*, 4:25cv193.

**IT IS FURTHER ORDERED** that, for any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar alleged operative facts as the Related Cases, Plaintiff(s) and Defendants shall file a Motion to Consolidate with the Lead Case.

**IT IS FURTHER ORDERED** that *A.T. v. City of Florissant*, 4:25cv193 shall be consolidated with the Lead Case until the close of discovery at which point the cases will be unconsolidated for dispositive motions and trial.

**IT IS FINALLY ORDERED** that, given that the Lead Case is stayed and administratively closed (*see* 4:24cv1412, ECF No. 28), *A.T. v. City of Florissant*, 4:25cv193 is likewise **STAYED** and **ADMINISTRATIVELY CLOSED** pending the disposition of the Criminal Action (Cause No.4:24-cr-594).

                                        _____
                                        **JOSEPH S. DUEKER**
                                        **UNITED STATES MAGISTRATE JUDGE**

Dated this 16th day of June, 2025.